UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JIMMIE JONES,

Plaintiff,

v.

COMMONWELATH OF PENNSYLVANIA, et al.,

Defendants.

CIVIL ACTION NO. 1:25-CV-01802

(SAPORITO, J.)
(CAMONI, M.J.)

# ORDER

Now before the court is a report and recommendation of United States Magistrate Judge Sean A. Camoni in which he recommends that the plaintiff's amended complaint (Doc. 10) be dismissed with prejudice. (Doc. 11).

The plaintiff initiated this action on September 26, 2025. (Doc. 1). On March 26, 2026, the plaintiff filed an amended complaint against the parties. (Doc. 10). The plaintiff appears to seek monetary relief, a declaratory judgment, and "the relief that this complaint is not time barred due to the ineffectiveness of appointed counsels to my defense." (Doc. 10, at 4). Upon review of the plaintiff's amended complaint, Judge Camoni found that the plaintiff "does no more than [] attempt to

collaterally attack [his] 25-year-old criminal convictions." (Doc. 11, at 6). Accordingly, Judge Camoni determined that the plaintiff's complaint was improper because the plaintiff's "sole federal remedy is a writ of habeas corpus." (*Id.*, at 6) (quoting *Williams v. Consovoy*, 453 F.3d 173, 177 (3d Cir. 2006)). Moreover, Judge Camoni found the plaintiff's damages claim to be barred because the plaintiff failed to establish that his conviction had been vacated or invalidated, as established under *Heck v. Humphrey*, 512 U.S. 477 (1994). Accordingly, Judge Camoni recommends that the plaintiff's amended complaint be dismissed, and further recommends that dismissal of this action constitute as a strike under 28 U.S.C. § 1915(g).

The plaintiff filed objections to Judge Camoni's report and recommendation on April 27, 2026. (Doc. 12). Upon review, however, we find those objections to be unpersuasive. While the plaintiff attempts to clarify the factual circumstances surrounding his case, he fails to address the legal deficiencies in his action identified by Judge Camoni in the report and recommendation. Therefore, we conclude that following an independent review of the report and the record, and having afforded "reasoned consideration" to the uncontested and contested portions of the

report, *E.E.O.C. v. City of Long Branch*, 866 F.3d 93, 99 (3d Cir. 2017), we are satisfied "that there is no clear error on the face of the record" as to Judge Camoni's recommendation of dismissal of the complaint. Fed. R. Civ. P. 72(b) advisory committee note to 1983 amendment. However, we will decline to adopt Judge Camoni's recommendation that dismissal of this action constitutes as a strike under 28 U.S.C. § 1915(g). *See Dooley v. Wetzel*, 957 F.3d 366, 376 (3d Cir. 2020) (finding that the District Court lacked authority to prospectively label dismissal of an action a strike under the PLRA). Accordingly, the court will adopt the recommendation as modified as the decision of the court.

Accordingly, **IT IS HEREBY ORDERED THAT:**

1. The report and recommendation of Judge Camoni (Doc. 11) is **ADOPTED** as modified;

2. The report and recommendation is **ADOPTED** as to Judge Camoni's recommendation that the plaintiff's amended complaint be dismissed with prejudice;

3. The report and recommendation is **NOT ADOPTED** as to Judge Camoni's recommendation that that dismissal of this action constitutes as a strike under 28 U.S.C. § 1915(g); and

4. The Clerk of Court shall close this case.

Dated: October 7, 2026

JOSEPH F. SAPORITO, JR.
United States District Judge